**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ulegbek  Djabbarov | : | CHAPTER 13 |
| | : | CASE NO. 24-20719 |
| | : | HONORABLE VINCENT F. PAPALIA |
| Debtor | : | Hearing Date: January 16, 2025 at 10:00 a.m. |

### NOTICE OF MOTION TO COMPEL PALISADES FUNDING CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR

Ulegbek  Djabbarov, the debtor in the above-entitled action, filed this Motion with the Court for an Order to Compel Palisades Funding Corp to return the 2024 Nissan Altima.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to compel Palisades Funding Corp to return the Vehicle  to the debtor, Ulegbek  Djabbarov and or if you want the Court to consider your views on the Motion, then on or before the time period set by the Court, you or your attorney must:

File with the Court a written response, an answer, explaining your position at:

Clerk
United States Bankruptcy Court

District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

If you mail your response to the Court for filing, you must mail it early enough so that the Court

will receive it on or before the date stated above.

You must also mail a copy to:

Russell L. Low, Esq.
LOW & LOW, LLC.
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Attorney for Debtors

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road
Fairfield, New Jersey 07004

Attend the hearing scheduled to be held on January 16, 2025at 10:00 a.m. at the United

States Bankruptcy Court, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut

Street, 3rd Floor, Courtroom 3B, Newark, New Jersey 07102 before the Honorable VINCENT F.

PAPALIA.

**TAKE FURTHER NOTICE** that reliance will be made upon the attached Certification.

**TAKE FURTHER NOTICE** that answering papers and briefs, if necessary, or a

statement that no answering brief is necessary and the basis thereof, shall be filed seven (7) days

before the date noticed for argument or as otherwise ordered by the Court.  This Motion shall be

deemed uncontested unless responsive papers are filed within seven (7) days from the date of

this Motion and state with particularity the basis for the opposition, unless otherwise ordered by

the Court.

STATEMENT AS TO WHY NO BRIEF IS NECESSARY

IN ACCORDANCE WITH D.N.J. LBR 9013-02

This Motion requests an Order to Compel Bank of America to File Proof of Claim and Provide Requested Documents to the debtor, Ulegbek  Djabbarov. The facts relied on by the Debtors/Petitioners that are set forth in Counsel's Certification filed in support of the Motion do not present complicated questions of fact or unique questions of law.  Therefore, no brief is necessary for the Court's consideration of this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Motion and may enter an Order granting the relief requested by the debtor.

Dated: <u>December 05, 2024</u>                                    <u>/s/ RUSSELL L. LOW</u>
                                                                **RUSSELL L. LOW, ESQ.**
                                                                Attorney for Debtor