**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ulegbek  Djabbarov | : | CHAPTER 13 |
| | : | CASE NO. 24-20719 |
| | : | HONORABLE VINCENT F. PAPALIA |
| Debtor | : | Hearing Date:January 16, 2025at 10:00 a.m. |

### DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION TO COMPEL PALISADES FUNDING CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR

I, Ulegbek  Djabbarov, being of full age and being the above-named debtor, certify as follows:

1. I make this certification in support of the motion to compel Palisades Funding Corporation to return the 2024 Nissan Altima to the debtor.

2.  I own a 2024 Nissan Altima which is financed by Palisades Funding Corporation.

3. The vehicle was repossessed on or about October 15, 2024 due to my delinquency on my car payments.

4. I subsequently filed this Chapter 13 bankruptcy case on October 30, 2024.

5. When I filed my Chapter 13, I owed approximately $2,000.00 in arrears to Palisades Funding Corporation and proposed to pay these arrears to Palisades through the Chapter 13 Plan.

6. Counsel for Palisades Funding was provided with the necessary bankruptcy paperwork as per their request in order to return the car to me.

7. However, after several months, Palisades Funding still has not returned the vehicle which I believe is acting in bad faith.

8. Therefore, I am respectfully requesting that the Court compel Palisades Funding to return the vehicle.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: <u>December 5, 2024</u>

<u>/s/ Ulegbek  Djabbarov</u>
**Ulegbek  Djabbarov**
Debtor