**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor**

| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|---|
| Ulegbek  Djabbarov | : | CHAPTER 13 |
| | : | CASE NO. 24-20719 |
| | : | HONORABLE VINCENT F. PAPALIA |
| Debtor | : | Hearing Date: January 16, 2025 at 10:00 a.m. |

**ORDER GRANTING MOTION TO COMPEL PALISADES FUNDING CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**Ulegbek  Djabbarov**
Page 2
Case No.  24-20719-VFP
Caption: **ORDER GRANTING MOTION TO COMPEL PALISADES FUNDING CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR**

_____

This Matter having come before the Court on the debtor's Motion to Compel Palisades Funding Corporation to return the 2024 Nissan Altima to the debtor.

**ORDERED AND DIRECTED,** that Palisades Funding Corporation must return the 2024 Nissan Altima to the debtor within 7 days of the date of entry of this Order.