**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

**Order Filed on January 17, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ulegbek  Djabbarov | : | CHAPTER 13 |
| | : | CASE NO. 24-20719 |
| | : | HONORABLE VINCENT F. PAPALIA |
| Debtor | : | Hearing Date: January 16, 2025 at 10:00 a.m. |

### ORDER GRANTING MOTION TO COMPEL PALISADES FUNDING CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: January 17, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Ulegbek  Djabbarov**
Page 2
Case No.  24-20719-VFP
Caption: **ORDER GRANTING MOTION TO COMPEL PALISADES FUNDING
CORPORATION TO RETURN 2024 NISSAN ALTIMA TO DEBTOR**

_____

This Matter having come before the Court on the debtor's Motion to Compel Palisades

Funding Corporation to return the 2024 Nissan Altima to the debtor; and due notice having been given; and no

objection having been filed; and for good cause shown, it is hereby

**ORDERED AND DIRECTED,** that Palisades Funding Corporation must return the

2024 Nissan Altima to the debtor within seven (7) business days of the date of service of this Order; and it

is further

**ORDERED and DIRECTED** that Debtor's counsel serve a copy of this Order

on Palisades Funding Corporation within three (3) business days if its entry by regular

mail and certified mail, return receipt requested.