

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-32652 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

**Order Filed on January 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ulegbek Djabbarov,

Debtor.

Case No:  24-20719-VFP

Hearing Date: January 16, 2024

Judge:  Vincent F Papalia

Chapter:  13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**

**DATED: January 21, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-32652 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

Ulegbek Djabbarov

Case No:  24-20719-VFP

Hearing Date: January 16, 2024

Judge:  Vincent F Papalia

Chapter:  13

The Consent Order pertains to the property located at 1017 East Lawn Drive, Teaneck, NJ 07666, mortgage account ending with "0159";

This Matter having been brought before the Court by Russell L. Low, Esquire, attorney for Debtor, Ulegbek Djabbarov (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Freedom Mortgage Corporation (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that ~~they~~ he shall cure the full amount of Creditor's valid secured Proof of Claim (#5), which lists pre-petition arrears in the amount of $2,505.69, through Chapter 13 Plan payments.

3. If required by the Trustee, Debtor agrees to amend ~~their~~ his Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4. Debtor agrees to make regular monthly mortgage payments in the amount of $2,983.67 for November 1, 2024 and $3,081.92 as of December 1, 2024, and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

5.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
  Freedom Mortgage Corporation                    DEBTOR
  By Its Attorney,                                By Their Attorney,

  */s/ Matthew Fissel*                            /s/ Russell L. Low
  Matthew Fissel, Esquire                         Russell L. Low, Esquire
  (Bar No. 038152012)                             Attorney for Debtor
  Attorney for Creditor                           505 Main St.,
  BROCK & SCOTT, PLLC                             Suite 304,
  3825 Forrestgate Dr.                            Hackensack, NJ 07601
  Winston-Salem, NC 27103                         Phone Number: (201) 343-4040
  Telephone:  844-856-6646                        Email: ecf@lowbankruptcy.com
  Facsimile:  704-369-0760
  E-Mail:  NJBKR@brockandscott.com

  Dated:  1/17/20205                              Dated: 01/15/2025