**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

   ULEGBEK DJABBAROV



Order Filed on March 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-20719VFP**

**Hearing Date:  3/6/2025**

**Judge:  VINCENT F. PAPALIA**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 7, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):   ULEGBEK DJABBAROV

Case No.:   24-20719VFP

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 03/06/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $878.00 to the Trustee by 3/20/2025 and said payment must be received and posted by the Trustee by 3/20/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.