**CW: 24-32652 BKMFR01**
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ULEGBEK DJABBAROV | : | CASE NO.  24-20719-VFP |
| Debtor | : | |
| | : | **NOTICE OF MOTION FOR RELIEF** |
| | : | **FROM AUTOMATIC STAY** |
| | : | **PURSUANT TO 11 USC** |
| | : | **SECTION 362(d) AND RELIEF FROM** |
| | : | **CO-DEBTOR(S) STAY** |
| | : | **PURSUANT TO 11 USC SECTION** |
| | : | **1301(c)** |

ULEGBEK DJABBAROV
1017 EAST LAWN DRIVE
TEANECK, NJ 07666

RUSSELL L. LOW
LOW & LOW
505 MAIN ST.
SUITE 304
HACKENSACK, NJ 07601

NIGINA DJABBAROV
1017 EAST LAWN DRIVE
TEANECK, NJ 07666

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR
STAY (REAL PROPERTY)**

Freedom Mortgage Corporation. (hereinafter 'Creditor') has filed papers with the Court to

have an Order entered granting it relief from the automatic stay and co-debtor stay against the

property commonly known as 1017 East Lawn Drive, Teaneck, NJ 07666.

24-32652 BKMFR01

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Creditor relief from the automatic stay and co-debtor stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before **03/27/2025** you or your attorney must:

File with the Court a written response to Creditor's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, before the Honorable Vincent F. Papalia, presiding.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| */s/ Matthew Fissel* | U.S. Trustee |
| Matthew Fissel | US Dept of Justice |
| (Bar No. 038152012) | Office of the US Trustee |
| Attorney for Movant | One Newark Center Ste 2100 |
| BROCK & SCOTT, PLLC | Newark, NJ 07102 |
| 3825 Forrestgate Dr. | |
| Winston-Salem, NC 27103 | Marie-Ann Greenberg |
| Telephone:  844-856-6646 | Chapter 13 Standing Trustee |
| Facsimile:  704-369-0760 | 30 Two Bridges Rd |
| E-Mail:  NJBKR@brockandscott.com | Suite 330 |
| | Fairfield, NJ 07004-1550 |

24-32652 BKMFR01

If you are opposing the Order Creditor is seeking from the Court, you must attend the

hearing scheduled to be held on **04/03/2025** at **10:00 am** at the United States Bankruptcy

Courthouse, 50 Walnut Street, Newark, NJ 07102, before the Honorable Vincent F. Papalia,

presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose

the relief sought in the Motion and may enter an order granting that relief.

March 7, 2025

> */s/Matthew Fissel*
> Matthew Fissel, NJ Bar No. 038152012
> Andrew Spivack, NJ Bar No. 018141999
> Jay Jones, NJ Bar No. 972011
> Attorney for Movant
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: NJBKR@brockandscott.com

24-32652 BKMFR01