UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-32652 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

ULEGBEK DJABBAROV

Case No: 24-20719-VFP

Hearing Date: TBD

Judge: Vincent F. Papalia

Chapter: 13

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED JULY 27, 2020)

I,  Heather Marie Diaz  , employed as  FCL Specialist III  by Freedom

Mortgage Corporation, hereby certifies the following:

Mortgage Recorded: October 13, 2020, in Bergen County, in Book 3761, Page 737

Property Address: 1017 East Lawn Drive, Teaneck, NJ 07666

Mortgage Holder: Freedom Mortgage Corporation

Mortgagor(s)/Debtor(s): Ulugbek Djabbarov and Nigina Djabbarova

POST-PETITION PAYMENTS (Petition filed on October 30, 2024)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| Loan Modification entered into, payments to resume December 1, 2024 | | | | | |
| $3,081.92 | 12/1/2024 | - | $0.00 | - | - |
| $3,081.92 | 1/1/2025 | - | $0.00 | - | - |
| $3,081.92 | 2/1/2025 | - | $0.00 | - | - |
| $3,081.92 | 3/1/2025 | - | $0.00 | - | - |
| TOTALS: $12,327.68 | | | $0.00 | | |

24-32652 BKMFR01

Monthly payments due: 4 mos.@ $3,081.92 (12/01/2024 - 03/01/2025) less $0.00 in suspense = $12,327.68 as of March 3, 2025.

Each current monthly payment is comprised of:

| | | | |
|---|---|---|---|
| Principal | ......... | $1,630.13 | |
| Interest | ......... | Included in the above figure | |
| R.E. Taxes | ......... | $0.00 | |
| Insurance | ......... | $0.00 | |
| Late Charge | ......... | $0.00 | |
| Other | ......... | $1,451.79 | (Specify: Escrow) |
| TOTAL | ......... | $3,081.92 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): payment change due to escrow adjustment

Pre-petition arrears: please see claim #5-1

I certify under penalty of perjury that the above is true.

Date: March 7th, 2025

Signature

*Heather Marie Diaz*

Freedom Mortgage Corporation

Heather Marie Diaz    FCL Specialist III

24-32652 BKMFR01