John S. Hogan
Bergen County Clerk

**Bergen County Clerk**
One Bergen County Plaza
Hackensack, NJ 07601
(201) 336-7000
www.bergencountyclerk.org/



**INSTRUMENT# 2024075438**

**V 5387   1842**

**RECORDED DATE: 12/19/2024**

| | |
|---|---|
| **Document Type:   ASSIGNMENT OF MORTGAGE** | **Transaction** ██████████<br>**Document Page Count: 2**<br>**Operator Id: ERECORD** |

| RETURN TO: | SUBMITTED BY: |
|---|---|
| 2100 Alt 19<br>Palm Harbor, FL 34683-2620 | SIMPLIFILE<br><br>4844 North 300 West, Suite 202<br><br>PROVO ,UT  84604 |

| PRIMARY NAME | SECONDARY NAME |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | FREEDOM MORTGAGE CORPORATION |

| ADDITIONAL PRIMARY NAMES | ADDITIONAL SECONDARY NAMES |
|---|---|
| FINANCE OF AMERICA MORTGAGE LLC | |

**MARGINAL REFERENCES:  File Number: 2020101931    Volume: 3761    Page: 737**

DOCUMENT DATE:  12/04/2024
MUNICIPALITY:
LOT:
BLOCK:

FEES/ TAXES:

| | | |
|---|---|---|
| RECORDING FEE | $20.00 | |
| STATE RECORDING FEE | $5.00 | |
| COUNTY RECORDING FEE | $5.00 | |
| MARGINAL NOTATION-COUNTY | $5.00 | |
| MARGINAL NOTATION-STATE | $5.00 | |
| HOMELESSNESS TRUST FUND | $3.00 | |
| HOMELESS CODE BLUE | $2.00 | |
| | | |
| | | |
| NPNR | $0.00 | |
| Basic County | $0.00 | |
| Basic State | $0.00 | |
| PHPF | $0.00 | |
| Extra-Aide | $0.00 | |
| Gen-Purpose | $0.00 | |
| Mansion-Tax | $0.00 | |

Total:  $45.00

**INSTRUMENT#: 2024075438**
**Recorded Date: 12/19/2024**

I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.



John S. Hogan
**Bergen County Clerk**

**Recording Fees:** $45.00
**Realty Transfer Tax Fees:** $0.00
**Consideration: $ 0.00**

## OFFICIAL RECORDING COVER PAGE

Page 1 of **2**

# <u>PLEASE DO NOT DETACH</u>
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.
V12.24.21

**ASSIGNMENT OF MORTGAGE**

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, all liens, and any rights due or to become due thereon to **FREEDOM MORTGAGE CORPORATION, WHOSE ADDRESS IS 20 LAKE CENTER DRIVE, MARLTON, NJ 08053 (855)690-5900, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 07/27/2020, made by **ULUGBEK DJABBAROV AND NIGINA DJABBAROVA** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS**, in the amount of $386,650.00 and recorded in Mortgage **Book V3761 and Page 737** in the office of the Register of Titles/County Recorder on 10/13/2020 in and for **BERGEN**, **New Jersey**.

Property is commonly known as: 1017 EAST LAWN DRIVE TEANECK TWP, TEANECK, NJ 07666.

**Dated this 04th day of December in the year 2024**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS**

*Angela Pavao*
**ANGELA PAVAO**
**VICE PRESIDENT**
All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.
STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 04th day of December in the year 2024, by Angela Pavao as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Aaron Burdick*
**AARON BURDICK**
**COMM EXPIRES: 11/22/2028**

> AARON BURDICK
> Notary Public - State of Florida
> Commission
> My Comm. Expires Nov 22, 2028
> Bonded through National Notary Assn.

When Recorded Return To: Freedom Mortgage Corporation, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  AOMDEF  MIN
MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-202