UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| In Re: | Case No.: | _____24-20719_____ |
|--------|-----------|--------------------------|
| Ulegbek Djabbarov | Judge: | _____VFP_____ |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by  Freedom Mortgage Corporation  , creditor,

    A hearing has been scheduled for _____04/03/2025_____, at  10:00 a.m .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtor sent checks to cover the payments due for December 2024 and
partially for January 2025. The debtor is respectfully requesting the opportunity
to pay the remaining amount due for January in 2 weeks time and enter into a
6-month cure order for the payments due from February 2025 - April 2025 to
begin in May 2025.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 03/19/2025 _____

/s/ Ulegbek Djabbarov
_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*