**EISENBERG, GOLD & AGRAWAL, P.C.**
By:  William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200
Attorneys for Secured Creditor Mercedes-Benz
Financial Services USA LLC
File No. MB-831-C

<div align="center">

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

</div>

| In Re: | Chapter 13 |
|---|---|
| **Ulegbek Djabbarov** | Case No.  24-20719 |
| | Judge:  Hon. Vincent F. Papalia |
| Debtor(s). | Hearing Date: **April 17, 2025, at 10:00 a.m.** |
| | Objection deadline: **April 10, 2025** |

<div align="center">

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

</div>

**TO:**

**Ulegbek Djabbarov**
**1017 East Lawn Dr.**
**Teaneck, NJ 07666**

**Russell L. Low**
**Low & Low**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**

**Marie-Ann Greenberg**
**Chapter 13 Trustee**
**30 Two Bridges Rd. Ste 330**
**Fairfield, NJ 07004**

  **Secured creditor, Mercedes-Benz Financial Services USA LLC** has filed papers with the court to obtain relief from the Automatic Stay.

  <u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the Court to grant relief from the automatic stay, or if you want the Court to consider your views on the motion, then on or before **April 10, 2025,** you or your attorney must:

  File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

   United States Bankruptcy Court,
   50 Walnut Street
   PO Box 1352
   Newark, NJ 07101

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**EISENBERG, GOLD & AGRAWAL, P.C.**
Attn:  William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

**Attend the hearing scheduled to be held on <u>April 17, 2025, at 10:00 a.m.</u> in Courtroom #<u>3B,</u> United Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

<div style="margin-left:40%">

**EISENBERG, GOLD & AGRAWAL, P.C.**
Attorneys for Creditor Mercedes-Benz
Financial Services USA LLC

By:     /s/William E. Craig
         William E. Craig, Esquire

</div>

Dated: 3/20/2025