UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                    Chapter 13

    Ulegbek Djabbarov,                  Bky. No. 24-20719
    Debtor(s)

**STATE OF TEXAS**        )
                    ) ss.
**COUNTY OF BELL**        )      **AFFIDAVIT**

I, _Sofia Taylor_, a Bankruptcy Specialist of Mercedes-Benz Financial Services USA LLC, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

1.    This affidavit is based on the loan payment records of Mercedes-Benz Financial Services USA LLC as of March 7, 2025. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

2.    Mercedes-Benz Financial Services USA LLC has a valid, perfected security interest in the following (the "Collateral"): 2021 Mercedes-Benz GLC300C4, VIN: W1N0J8EB2MF986374.

3.    $48,654.55 is the outstanding balance under the contract.

4.    $3,774.60 is the amount of the existing delinquency under the contract.

5.    $38,325.00 is the fair market value of the Collateral.

6.    No appropriate insurance has been verified.

Further your affiant sayeth not.

Dated: _3/10/25_

Subscribed and sworn to before me on this
_10_ day of _March_ , 2025

_Renee Lippies_
Notary Public
My commission expires: _9-26-2027_

Printed Name: _Sofia Taylor_
Title: Bankruptcy Specialist
Creditor: Mercedes-Benz Financial
Services USA LLC

RENEE LIPPIES
NOTARY PUBLIC
STATE OF TEXAS
ID 134576653
EXP. 09-26-2027