# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| W1N0J | 8EB2M F9863 | 74 | 2021 | M B | GLC | WAGON |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MTL/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 8 | BK | 00800N | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 85.00 | 01-25-2022 | | 45 | A |

F-FLOOD    S-SALVAGE
F-POLICE    T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 1

NUMBER OF LIENHOLDERS: 1

OWNER(S)

ULUGBEK DJABBAROV
1017 E LAWN DR
TEANECK    NJ 07666 6606

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

## State of New Jersey
### MOTOR VEHICLE COMMISSION

CONTROL NUMBER **BI832323**

SECOND LIENHOLDER

DATE

FIRST LIENHOLDER

DATE 01-25-2022
55908 73474 83310
MERCEDES BENZ FIN S USA LLC
35555 W 12 MILE RD
FARMINTN HLS    MI 48331

LIEN RELEASED BY

SECOND RELEASE

SIGNATURE _____
TITLE _____ DATE _____

LIEN RELEASED BY:

FIRST RELEASE

SIGNATURE _____
TITLE _____ DATE _____

ISM/SS-1 (R4/18)

GD202202500001013

**ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE**

## VOID IF ALTERED

---

↑ FOLD AND TEAR AT PERFORATION ↑

## THIS IS A RECEIPT DOCUMENT ONLY

VIN:    W1N0J8EB2MF986374    MILEAGE:    45 A DUP:    STATUS:

M B    2021    WAGON    GLC    BK    8    AXLE:2    DEALER ID:00800N

D4781 75400 07742

ULUGBEK DJABBAROV
1017 E LAWN DR
TEANECK    NJ 07666 6606
   GD202202500001013    85.00 I STANDARD

| TITLE I | : | 85.00 |
|---|---|---|
| SALES TAX | : | 0.00 |
| LFIS | : | 0.00 |
| TOTAL | : | 85.00 |

LIENHOLDER(S)
55908 73474 83310
MERCEDES BENZ FIN S USA LLC

STATE OF NEW JERSEY    CUSTOMER COPY

