**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Nick M. Ebel, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Melissa Ferrell, Executor of the Estate of
Paul Richards*

| | |
|---|---|
| In Re:<br><br>ULEGEBEK DJABBAROV,<br><br>Debtor. | Bankr. Case No. 24-20719 (VFP)<br><br>Chapter 13<br><br>Hearing Date:  April 17, 2025 @ 10:00 am<br><br>Hon. Vincent F. Papalia |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO CONTINUE WITH DISTRICT COURT PERSONAL INJURY ACTION TO**
**EXTENT OF INSURANCE PROCEEDS**

**TO: ALL PARTIES ON THE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE THAT** Melissa Ferrell, Executor of the Estate of Paul

Richards (the "Movant"), by and through her undersigned counsel, Walsh Pizzi O'Reilly Falanga

LLP, have filed the following papers with the Court seeking an Order granting relief from the

automatic stay pursuant to 11 U.S.C. § 362(d) so that the Movant may continue to prosecute a

personal injury litigation against Ulgebek Djabbarov (the "Debtor") currently pending in the

United States District Court for the Northern District of Ohio and captioned "FERRELL v. KMS

FREIGHT, INC. *et al.*", Case No. 1:24-CIV-01736 (the "District Court Personal Injury Action")

to fix the amount of the claim, with any such recovery limited to the amount of available insurance coverage:

1. Certification of Thomas Merry in Support of Motion;
2. Memorandum of Law in Support of Motion; and
3. Proposed Form of Order.
4. Certification of Service

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        April 17, 2025

Hearing Time:        10:00 a.m.

Hearing Location:    United States Bankruptcy Court for the District of
                     New Jersey
                     50 Walnut Street
                     Newark, NJ 07102
Courtroom Number:    Court Room 3B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Nick M. Ebel
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

2

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

WALSH PIZZI O'REILLY FALANGA LLP
*Counsel for Melissa Ferrell,*
*Executor of the Estate of Paul Richards*

Date: March 27, 2025                    By:    /s/___Nick M. Ebel_____
                                                       Nick M. Ebel

3