**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Nick M. Ebel, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*

| | |
|---|---|
| In Re: | Bankr. Case No. 24-20719 (VFP) |
| ULEGEBEK DJABBAROV, | Chapter 13 |
| Debtor. | Hearing Date:  April 17, 2025 @ 10:00 am |
| | Hon. Vincent F. Papalia |

**ORDER GRANTING MELISSA FERRELL, EXECUTOR OF THE ESTATE OF PAUL
RICHARDS, RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH
<u>DISTRICT COURT LITIGATION TO EXTENT OF INSURANCE PROCEEDS</u>**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**UPON CONSIDERATION** of the Motion of Melissa Ferrell, as Executor of the Estate of Paul Richards ("Movant") for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d), so that the Movant may continue to prosecute the personal injury litigation against the Debtor currently pending in the United States District Court for the Northern District of Ohio, and captioned "FERRELL v. KMS FREIGHT, INC. *et al.*", Case No. 1:24-CIV-01736 (the "District Court Litigation") to fix the amount of her claim, with any such recovery limited to the amount of available insurance coverage (the "Motion"); and upon consideration of the Motion and any opposition; and good cause having been shown:

It is hereby **ORDERED** that:

1.  The Motion be and is hereby granted in its entirety;

2.  Melissa Ferrell, as Executor of the Estate of Paul Richards, is hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362 to proceed with the District Court Litigation to final judgment liquidating her claim and collecting/obtaining payment from available insurance proceeds.

3.  The fourteen (14) day stay implemented by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is deemed waived, allowing Movant to prosecute and liquidate her claim in the District Court Litigation upon the date of this Order.

Dated: _____, 2025

_____
HONORABLE VINCENT F. PAPALIA

2