**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Nick M. Ebel, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*

| | |
|---|---|
| In Re: | Bankr. Case No. 24-20719 (VFP) |
| ULEGEBEK DJABBAROV, | Chapter 13 |
| Debtor. | Hearing Date:  April 3, 2025 @ 10:00 am |
| | Hon. Vincent F. Papalia |

**OBJECTION OF MELISSA FERRELL, EXECUTOR OF THE**
**ESTATE OF PAUL RICHARDS, TO**
**CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**

Melissa Ferrell, Executor of the Estate of Paul Richards ("Ms. Ferrell"), by and through

her counsel, Walsh Pizzi O'Reilly Falanga LLP, hereby submits this objection to confirmation of

the Debtors' proposed chapter 13 plan [Dkt. No. 2] (the "Plan").  In support of its objection, Ms.

Ferrell states as follows:

1.      Ms. Ferrell, in her capacity as Executor of the Estate of Paul Richards, is the

plaintiff in a certain personal injury suit filed against the above-captioned debtor, Ulegebek

Djabbarov (the "Debtor"), currently pending in the United States District Court for the Northern

District of Ohio, and captioned "FERRELL v. KMS FREIGHT, INC. *et al.*", Case No. 1:24-CIV-01736 (the "District Court Litigation").

2. On or about October 27, 2022, Paul Richards was killed in an accident involving the Debtor who was operating a 2020 Kenworth T680 ("Truck") within the scope of his employment with KMS Freight Inc. ("KMS"). Ms. Ferrell has alleged that the Debtor is liable for the death of Paul Richards and was negligent and failed to exercise reasonable care while operating the Truck.

3. The Debtor did not identify Ms. Ferrell or the District Court Litigation on his Voluntary Chapter 13 Petition and Schedules. *See* Dkt. No. 1.

4. Ms. Ferrell has filed a Motion for Relief from the Automatic Stay (the "Motion"), filed March 27, 2025 with this Court, to continue the District Court Litigation against the Debtor to fix the amount of her claim, solely to allow the District Court Litigation to proceed for purposes of allowing Ms. Ferrell to recover from the insurance available under policies owned by the Debtor and another non-debtor.[1]

5. As a condition of being granted stay relief, Ms. Ferrell has agreed to limit her recovery against the Debtor to the proceeds of identified insurance policies. *See* Certification of Thomas R. Merry, Esq. in Support of [Ms. Ferrell's] Motion for Relief from the Automatic Stay [filed on March 27, 2025].[2]

6. In light of the pending confirmation hearing and the fact that the Debtor failed to identify Ms. Ferrell as a creditor, Ms. Ferrell objects to the confirmation of the Debtor's

---

[1] Ms. Ferrell filed a Proof of Claim on February 20, 2025. [Claim 8-1].
[2] Prior to the filing of this Objection or the Motion, Ms. Ferrell through counsel made a good faith attempt to resolve these issues by consent pursuant to D.N.J. Local Bankruptcy Rule 9019-4, but has not heard back on a resolution from Debtor's counsel.

Plan until such time as the Motion for Stay Relief is addressed or otherwise agreed to by the Debtor.

7.  Ms. Ferrell also objects to the confirmation of the Debtors' Plan as it does not provide for treatment of Ms. Ferrell's claim and the Debtor's Schedules have not been amended to identify Ms. Ferrell as a creditor. *See* Dkt. No. 2.

8.  In light of the Debtor's failure to identify Ms. Ferrell or the District Court Litigation on his Petition and Schedules, Ms. Ferrell also contends the Debtor's Plan lacks the good faith required by 11 U.S.C. § 1325(a)(3).

WHEREFORE, Melissa Ferrell, Executor of the Estate of Paul Richards, objects to confirmation of the Debtor's Plan pursuant to 11 U.S.C. §§ 1322 and 1325 and respectfully requests that the Court deny confirmation of the Plan unless it is amended to cure the above deficiencies, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**WALSH PIZZI O'REILLY FALANGA LLP**
*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*

Dated: March 27, 2025

By: */s/ Nick M. Ebel*
      Nick M. Ebel

3