UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Ulegbek Djabbarov | Case No.: _____24-20719_____<br><br>Judge: _____VFP_____<br><br>Chapter:         13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒  Motion for Relief from the Automatic Stay filed by Mercedes-BenzFinancialServices ,

creditor,

A hearing has been scheduled for _____04/17/25_____, at 10:00 a.m. .

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtor is respectfully requesting the opportunity to enter into a 9-month cure
for the post-petition delinquency.

3.     This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.     I certify under penalty of perjury that the above is true.

/s/ Ulegbek Djabbarov

Date: __April 2, 2025_____     _____

Debtor's Signature

Date: _____     _____

Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
       13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
       opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
       Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
       Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
       Default.

*rev.8/1/15*