UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nick M. Ebel
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*

In Re:

ULEGBEK DJABBAROV,

Debtor.

**Order Filed on April 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 24-20719 (VFP) |
| Chapter: | 13 |
| Hearing Date: | April 17, 2025 |
| Judge: | Hon. Vincent F. Papalia |

JOINT STIPULATION AND CONSENT ORDER BETWEEN THE DEBTOR AND CREDITOR MELISSA FERRELL, EXECUTOR OF THE ESTATE OF PAUL RICHARDS, GRANTING MELISSA FERRELL LIMITED RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH DISTRICT COURT PERSONAL INJURY ACTION TO THE EXTENT OF INSURANCE PROCEEDS

The relief set forth on the following pages, numbered two (2) through ____4____ , is **ORDERED**.

**DATED: April 23, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nick M. Ebel
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*

| | |
|---|---|
| In Re: | Bankr. Case No. 24-20719 (VFP) |
| ULEGBEK DJABBAROV, | Chapter 13 |
| Debtor. | Hon. Vincent F. Papalia |

**JOINT STIPULATION AND CONSENT ORDER BETWEEN THE DEBTOR AND CREDITOR MELISSA FERRELL, EXECUTOR OF THE ESTATE OF PAUL RICHARDS, GRANTING MELISSA FERRELL LIMITED RELIEF FROM THE AUTOMATIC STAY TO CONTINUE WITH DISTRICT COURT PERSONAL INJURY ACTION TO THE EXTENT OF INSURANCE PROCEEDS**

This stipulation and consent order (this "Stipulation") is made this _____ day of April, 2025, pursuant to D.N.J. LBR 9019-4, by the above captioned debtor, Ulegbek Djabbarov (the "Debtor") and Melissa Ferrell, as Executor of the Estate of Paul Richards ("Ferrell" and, together with the Debtor, the "Parties").

**Recitals**

WHEREAS, on or about October 7, 2024, Ferrell filed a personal injury suit against the Debtor in the United States District Court for the Northern District of Ohio, captioned "FERRELL v. KMS FREIGHT, INC. *et al.*", Case No. 1:24-CIV-01736 arising out of a vehicular accident

2

involving a truck driven by Debtor while working for KMS Freight Inc. ("KMS")  which resulted in the death of Paul Richards (the "District Court Personal Injury Action");

WHEREAS, on November 6, 2024, the Debtor filed an Answer to the Complaint in the District Court Personal Injury Action;

WHEREAS, on October 30, 2024, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District New Jersey (this "Court"), assigned as Case No. 24-20719-VFP (the "Bankruptcy Case");

WHEREAS, on or about January 9, 2025, Notice of the Bankruptcy Case was docketed in the District Court Personal Injury Action;

WHEREAS, on or about January 13, 2025, the District Court for the Northern District of Ohio recognized that section 362 of the Bankruptcy Code came into effect and stayed the District Court Personal Injury Action against the Debtor, and Ferrell remains prohibited from pursuing her claims absent Order from this Court;

WHEREAS, prior to the filing of the Bankruptcy Case, and before discovery could be completed in the District Court Personal Injury Action, it was determined that the Debtor was covered by a policy of insurance to cover the claims filed by Ferrell;

WHEREAS, Ferrell filed a Motion For Relief from the Automatic Stay, and an Objection to Confirmation of Plan on the same grounds, both on March 27, 2025, to continue the District Court Personal Injury Action against the Debtor to fix the amount of her claim and to allow the District Court Personal Injury Action to proceed for purposes of allowing Ferrell to recover solely from the insurance proceeds available under policies owned by the Debtor and another non-debtor; and

WHEREAS, the Debtor consents to the requested relief.

**NOW, IT IS THEREFORE STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.   This application for entry of this consent order is granted in full;

2.   Melissa Ferrell, as Executor of the Estate of Paul Richards, be and is hereby granted stay relief for all purposes pursuant to 11 U.S.C. § 362 to proceed with the District Court Personal Injury Action against the Debtor currently pending in the United States District Court for the Northern District of Ohio, and captioned "FERRELL v. KMS FREIGHT, INC. *et al.*", Case No. 1:24-CIV-01736 (the "District Court Personal Injury Action") to final judgment or settlement liquidating her claim and collecting/obtaining payment from available insurance proceeds and/or the non-debtor; and

3.   The fourteen (14) day stay implemented by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is deemed waived, allowing Ferrell to prosecute and liquidate her claim in the District Court Personal Injury Action upon the date of this Order.


**SO STIPULATED AND AGREED**:


_____/s/*Nick M. Ebel*_____
Nick M. Ebel
*Counsel for Melissa Ferrell, Executor of the Estate of Paul Richards*


_____/s/ Russell L. Low_____
Russell L. Low
*Counsel for the Debtor, Ulegbek Djabbarov*

4