UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MB-831-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Mercedes-Benz Financial
Services USA LLC

**Order Filed on May 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 24-20719

Adv. No.

Hearing Date: 4-17-25

Judge: (VFP)

In Re:

ULEGBEK DJABBAROV

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, AND COUNSEL FEES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 12, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Debtor:  Ulegbek Djabbarov

Case No: 24-20719

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, insurance, and counsel fees.


This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Mercedes-Benz Financial Services ("Mercedes-Benz"), with the appearance of Russell L. Low, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Mercedes-Benz Financial Services ("Mercedes-Benz") is the holder of a first purchase money security interest encumbering a 2021 Mercedes-Benz GLC300 bearing vehicle identification number W1N0J8EB2MF986374.**

2. **That the Debtor's account has post-petition arrears through March 2025 in the amount of $5,032.80.**

3. **That the Debtor is to cure the arrears set forth in paragraph two (2) above by making his regular payment of $1,258.20 plus an additional $838.80 (total payment of $2,097.00) for the months of April through September 2025.**

4. **That commencing April 2025, if the Debtor fails to make any payment to Mercedes-Benz within thirty (30) days after it falls due, Mercedes-Benz shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Mercedes-Benz Financial Services must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, Mercedes-Benz shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

**(Page 3)**

Debtor:  Ulegbek Djabbarov

Case No: 24-20719

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, insurance, and counsel fees.

6. **That the Debtor is to pay a counsel fee of $449.00 to Mercedes-Benz through his Chapter 13 Plan.**