**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  ULEGBEK DJABBAROV

**Order Filed on May 19, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  24-20719VFP**

**Hearing Date:  5/15/2025**

**Judge:  VINCENT F. PAPALIA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 19, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  ULEGBEK DJABBAROV

Case No.:  24-20719VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 05/15/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $878.00 to the Trustee by 6/2/2025 and said payment must be received and posted by the Trustee by 6/2/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.